**M E M O R A N D U M**

TO:     HONORABLE JUDITH C. MCCARTHY
        U.S. Magistrate Judge

FROM:   Andrew Abbott
        United States Pretrial Services Officer

                                    RE: Wheeler, Gary
                                    DOCKET #: 7:23-04465M-6

The attached memorandum prepared by Pretrial Services Officer

    Andrew Abbott                                    (914) 390-4137

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]     Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at _____.
                                  DATE                  TIME

[ ]     I direct that a bench warrant be issued for the defendant in this matter.

[ ]     Please advise the court of the outcome in this matter.

[x]     So ordered  _Judith C. McCarthy_
                                        8-22-2023

**COMMENTS:**

The Court modifies the Defendant's bond to include the following condition recommended by Pretrial Services on consent of all parties:

   The defendant shall refrain from excessive use of alcohol.